No. 79-1453.   BREWSTER *v.* CITY. OF CARBONDALE.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 79-1474.   AMERICAN AMUSEMENT CO., INC., ET AL. *v.* DEPARTMENT OF REVENUE OF MICHIGAN.   Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 79-1495.   SAPPINGTON *v.* BECKERT, JUDGE, ET AL.   Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.

No. 79-1497.   ALFREE *v.* ALFREE.   Appeal from Sup. Ct. Del. dismissed for want of substantial federal question.

No. 79-1325.   CLARK *v.* INDIANA ET AL.   Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 79-6237.   RODRIGUES *v.* CITY OF SPARKS, NEVADA, ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79-6261.   JAFFER *v.* CITY OF MIAMI ET AL.   Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.